UNITED STATES DISTRICT COURT

Northern District of California

BERNARD P. CORBINS,

               Plaintiff,

  v.

UNITED AIRLINES,

               Defendant.
_____/

No. C 10-2312 MEJ

**ORDER VACATING CMC**

**ORDER TO SHOW CAUSE**

On May 26, 2010, Plaintiff Bernard Corbins filed the above-captioned complaint, and subsequently filed an amended complaint on June 2, 2010. Although a case management conference is currently scheduled on September 2, 2010, there is no indication that the defendant has been served, and Plaintiff has not filed a status statement. Accordingly, based on Plaintiff's inaction, the Court hereby VACATES the September 2 case management conference and ORDERS Plaintiff Bernard Corbins to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by September 16, 2010, and the Court shall conduct a hearing on September 30, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 1, 2010

                                                         Maria-Elena James
                                                         Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MR. BERNARD P. CORBINS,

        Plaintiff,

  v.

UNITED AIRLINES - MOC,

        Defendant.

Case Number: 10-02312 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard P. Corbins
30074 Woodthrush Pl
Hayward, CA 94544

Dated: September 1, 2010

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk

2