# UNITED STATES  DISTRICT COURT

## Northern District of California

BERNARD P. CORBINS,

               Plaintiff,

    v.

UNITED AIRLINES, INC.,

               Defendant.

_____/

No. C 10-2312 MEJ

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

**ORDER SCHEDULING CMC**

On September 1, 2010, the Court vacated the case management conference in this matter and ordered Plaintiff Bernard Corbins to show cause why this case should not be dismissed for failing to serve Defendant United Airlines, Inc. and failure to prosecute.  (Dkt. #4.)  The Court is now in receipt of Plaintiff's declaration in response.  (Dkt. #5.)  Good cause appearing, the Court hereby DISCHARGES the order to show cause.  Plaintiff shall complete service of process and file proof of service by September 24, 2010.  The Court shall conduct a case management conference on December 9, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  All case management and ADR deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MR. BERNARD P. CORBINS,

        Plaintiff,

  v.

UNITED AIRLINES - MOC,

        Defendant.

_____/

Case Number: 10-02312  MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard P. Corbins
30074 Woodthrush Pl
Hayward, CA 94544

Dated: September 20, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

2