1  HOPE ANNE CASE, CA Bar No. 157089
   hope.case@dlapiper.com
2  AMY E. BECKSTEAD, CA Bar No. 216422
   amy.beckstead@dlapiper.com
3  DLA PIPER LLP (US)
   2000 University Avenue
4  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
5  Fax:  650.833.2001

6  Attorneys for Defendant
   UNITED AIR LINES, INC. (erroneously sued as
7  UNITED AIRLINES, INC.)

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 MR. BERNARD P. CORBINS,          CASE NO. CV 10-02312 SBA

                Plaintiff,          **STIPULATION AND ORDER**
13                                  **SELECTING ADR PROCESS**

14        v.                        Complaint Filed:  June 2, 2010

15 UNITED AIRLINES, INC.,

                Defendant.
16

17

18        Plaintiff and counsel for Defendant report that they have met and conferred regarding

19 ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20        The parties agree to participate in the following ADR process:

21        **Court Processes:**

22        ☐    Non-binding Arbitration (ADR L.R. 4)
          ☒    Early Neutral Evaluation (ENE)     (ADR L.R. 5)
23        ☐    Mediation (ADR L.R. 6)

24 *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
   appreciably more likely to meet their needs than any other form of ADR, must participate in an*
25 *ADR phone conference and may not file this form.  They must instead file a Notice of Need for
   ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*
26

27        **Private Process:**

28        ☐    Private ADR *(please identify process and provider)*

-1-
EAST\44113636.1      STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                                        CV 10-02312 SBA

DLA Piper LLP (US)
East Palo Alto

1  The parties agree to hold the ADR session by:

2  ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
3  ☒ other requested deadline ___150 days from the date of the order referring the case to an ADR process._____
4

5

6  Dated: _____           _____
                                          Bernard Corbins, Plaintiff

7                                          **DLA Piper LLP (US)**

8  Dated: _____

9                                          _____
10                                         Hope Anne Case, Esq.
                                           Amy E. Beckstead, Esq.
11                                         Attorneys for Defendant UNITED AIR LINES, INC.

**ORDER REGARDING SELECTION OF ADR PROCESS**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☒ other   150 days from the date of the order referring the case to an ADR process.

IT IS SO ORDERED.

Dated: 2/1/11

_____*Saundra B Armstrong*_____
UNITED STATES DISTRICT COURT JUDGE