1  HOPE ANNE CASE, CA Bar No. 157089
   hope.case@dlapiper.com
2  AMY E. BECKSTEAD, CA Bar No. 216422
   amy.beckstead@dlapiper.com
3  DLA PIPER LLP (US)
   2000 University Avenue
4  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
5  Fax:  650.833.2001

6  Attorneys for Defendant
   UNITED AIR LINES, INC. (erroneously sued as
7  UNITED AIRLINES, INC.)

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  MR. BERNARD P. CORBINS,                    CASE NO. CV 10-02312 SBA

13              Plaintiff,                     **STIPULATION AND ORDER SELECTING
                                               ADR PROCESS**

14      v.                                     Complaint Filed:  June 2, 2010

15  UNITED AIRLINES, INC.,

16              Defendant.

17

18      Plaintiff and counsel for Defendant report that they have met and conferred regarding

19  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20      The parties agree to participate in the following ADR process:

21  **Court Processes:**

22      ☐     Non-binding Arbitration (ADR L.R. 4)
        ☒     Early Neutral Evaluation (ENE)      (ADR L.R. 5)
23      ☐     Mediation (ADR L.R. 6)

24  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
    appreciably more likely to meet their needs than any other form of ADR, must participate in an
25  ADR phone conference and may not file this form.  They must instead file a Notice of Need for
    ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

26

27  **Private Process:**

28      ☐     Private ADR *(please identify process and provider)*

1    The parties agree to hold the ADR session by:

2            ☐        the presumptive deadline *(The deadline is 90 days from the date of the order*
                      *referring the case to an ADR process unless otherwise ordered.)*
3            ☒        other requested deadline _____150 days from the date of the order referring the case
     to an ADR process._____

4

5

6    Dated: _____          _____
                                           Bernard Corbins, Plaintiff

7                                          **DLA Piper LLP (US)**

8    Dated: _____

9                                          _____

10                                         Hope Anne Case, Esq.
                                           Amy E. Beckstead, Esq.
                                           Attorneys for Defendant UNITED AIR LINES,
11                                         INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
  EAST PALO ALTO

EAST\44113636.1                     STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                    CV 10-02312 SBA

1

**ORDER REGARDING SELECTION OF ADR PROCESS**

2

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3

☐    Non-binding Arbitration
☒    Early Neutral Evaluation (ENE)

4

☐    Mediation
☐    Private ADR

5

Deadline for ADR session

6

7

☐    90 days from the date of this order.
☒    other  150 days from the date of the order referring the case to an ADR process.

8

9

IT IS SO ORDERED.

10

Dated: _2/7/11

11

_____
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

-3-
EAST\44113636.1          STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CV 10-02312 SBA