1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MR. BERNARD P. CORBINS,

          Plaintiff,

     vs.

UNITED AIRLINES, INC.,

          Defendant.

Case No:  C 10-2312 SBA

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE ELECTRONICALLY**

Docket 35

     Plaintiff Bernard Corbins' motion for permission to file electronically through PACER is GRANTED.  Plaintiff shall comply in all respects with General Order No. 45. This Order terminates Docket 35.

          IT IS SO ORDERED.

Dated:  March 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

UNITED STATES DISTRICT COURT
2  FOR THE
NORTHERN DISTRICT OF CALIFORNIA
3

4  CORBINS et al,

5          Plaintiff,

6    v.

7  UNITED AIRLINES - MOC et al,

8          Defendant.
                                              /
9

10                           Case Number: CV10-02312 SBA

11                           **CERTIFICATE OF SERVICE**

12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13  Court, Northern District of California.

14  That on March 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

16

17

18
Bernard P. Corbins
19  30074 Woodthrush Pl
Hayward,  CA 94544
20

21  Dated: March 16, 2011
                           Richard W. Wieking, Clerk
22
                              By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28