```
 1
 2                        UNITED STATES DISTRICT COURT
 3                       NORTHERN DISTRICT OF CALIFORNIA
 4
     CORBINS,                         )      No. C10-02312 SBA
 5                  Plaintiff,        )
                                      )      ORDER DISMISSING ACTION
 6        vs.                         )
                                      )
 7    UNITED AIRLINES, INC.,          )
                                      )
 8                  Defendant.        )
                                      )
 9   _____ )
10
11        The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14        IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED with prejudice.  In the event
16   that the settlement is not reached, any party may move to
17   reopen the case and the trial will be rescheduled, provided
18   that such motion is filed within 30 days of this order.  All
19   scheduled dates, including the trial and pretrial dates, are
20   VACATED.
21        IT IS SO ORDERED.
22   DATED: 7/19/11
23                                   _____
                                     SAUNDRA BROWN ARMSTRONG
24                                   United States District Judge
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORBINS et al,

        Plaintiff,

  v.

UNITED AIRLINES - MOC et al,

        Defendant.

Case Number: CV10-02312 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard P. Corbins
30074 Woodthrush Pl
Hayward, CA 94544

Dated: July 19, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2