UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MR. BERNARD P. CORBINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIRLINES, INC.,<br><br>　　　　Defendant. | Case No: C 10-2312 SBA<br><br>**ORDER** |

　　On July 19, 2011, the Court entered a 30-day conditional dismissal of the action based on the Certification of ADR Session which indicated that the mediator had "fully" settled the action. Dkt. 37. On the same date, Plaintiff, who is acting pro se, filed a letter requesting the Court to reopen the action because the settlement documentation has not been finalized or executed.

　　Plaintiff's request is premature. Under the terms of the Court's conditional dismissal order, if the parties are unable to finalize and execute their settlement agreement within 30 days, either party has the option of requesting that the Court extend the time-period during which they can seek to reopen the action, or alternatively, to vacate the dismissal and reinstate the action to the Court's active civil calendar. Thus, Plaintiff has until August 18, 2011, to seek to reopen the action in the event that the parties are unable to finalize and execute their settlement agreement within that time-frame. Accordingly,

　　IT IS HEREBY ORDERED THAT Plaintiff's request to reopen the action is DENIED without prejudice.

　　IT IS SO ORDERED.

Dated: July 21, 2011

　　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORBINS et al,

        Plaintiff,

  v.

UNITED AIRLINES - MOC et al,

        Defendant.
_____/

Case Number: CV10-02312 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard P. Corbins
30074 Woodthrush Pl
Hayward, CA 94544

Dated: July 21, 2011

                              Richard W. Wieking, Clerk

                              By: LISA R CLARK, Deputy Clerk