UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MR. BERNARD P. CORBINS,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED AIRLINES, INC.,<br><br>           Defendant. | Case No:  C 10-2312 SBA<br><br>**ORDER REOPENING ACTION AND REFERRAL TO MEDIATION**<br><br>Dkt. 42 |

IT IS HEREBY ORDERED THAT:

1. Plaintiff's unopposed Request to Vacate Dismissal and Reinstate Action to Court's Calendar is GRANTED.

2. The action is REFERRED for court-supervised MEDIATION to take place within sixty (60) days of the date this Order is filed.

3. The parties shall appear for a telephonic Case Management Conference on **November 3, 2011 at 2:45 p.m.**  The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement, which shall be filed no later than ten (10) days prior to the Case Management Conference and complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

4. This Order terminates Docket 42.

IT IS SO ORDERED.

Dated: August 23, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge