

**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, California  94303-2214
www.dlapiper.com

Hope Anne Case
hope.case@dlapiper.com
**T**  650.833.2376
**F**  650.833.2001

December 28, 2011

*VIA ECF FILING*

Chief Magistrate Judge Maria-Elena James
United States District Court Clerk's Office, San Francisco
450 Golden Gate Avenue, 16th Floor,
P.O. Box 36060
San Francisco, California 94102

**Re:**  *Corbins v. United Air Lines, Inc.*
     **Northern District of California, Case No. C-10-2312 SBA (MEJ)**

Dear Judge James:

I am counsel for Defendant in *Corbins v. United Air Lines, Inc.*, Case No. C-10-2312 SBA (MEJ).  This case is currently set for a Settlement Conference on January 18, 2012 at 10:00 a.m.  I will appear personally at the Settlement Conference.  I write to request that Defendant's in-house counsel, Stephanie Pulcanio, with settlement authority, be allowed to appear telephonically at the Settlement Conference.

Ms. Pulcanio, who lives and works in the Chicago area, has previously flown out to San Francisco to participate in two ADR sessions with two different neutrals sponsored by the Court.  At the parties' case management conference last month, Plaintiff's counsel indicated that an additional settlement conference with a Magistrate Judge might be beneficial for his client.  Defendant was reluctant to agree to a third session given the past results.  It was suggested that if the conference proved inconvenient, Defendant make a request for its representative to be available telephonically, to which Plaintiff's counsel had no objection.

Subsequently, this case was referred for a settlement conference to occur on January 18, 2012 in your chambers.  Ms. Pulcanio is the best suited representative to attend for Defendant, given her familiarity with the case and her presence at the two prior ADR sessions on June 27, 2011 and October 17, 2011.  However, due to the press of business and other commitments, it would be very disruptive for Ms. Pulcanio to attend the settlement conference in person.

By this letter, Defendant respectfully requests that Stephanie Pulcanio, Senior Employment Counsel for United Air Lines, be permitted to appear telephonically, rather than in person for the reasons indicated above.

Very truly yours,

**DLA Piper LLP (US)**


/s/ Hope Anne Case

DENIED
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EAST\47646831.1
410435-001120